```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0035--CR (JWS)
                              "USA V DAVID JOHNSON"
                              DEF 1.1 JOHNSON, DAVID

             Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 02/22/01
              Closed: 09/13/01
  No. of Defendants: 1
       MJ Case Number:
                 AKA: DAVID MORALES
     Location status: Released on Own Recognizance
          Trial date:
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Michele L. Power
                     Power and Brown LLC
                     POB 1809
                     Bethel, AK 99559
                     907-543-4700
                     FAX 907-543-3777
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Karen L. Loeffler
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 1.1 JOHNSON, DAVID

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922 (u) THEFT OF FIREARMS (F) | Dismissed (36-1) |
| 1 - 1 IND | 2 | 18:922 (i) TRANSPORATION OF STOLEN FIREARMS (F) | Dismissed (36-1) |
| 1 - 1 IND | 3 | 18:922 (g) POSSESSION OF FIREARMS BY PROHIBITED PERSON (F) | Sentenced (36-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A01-0035--CR (JWS)
                                 "USA V DAVID JOHNSON"

                               For all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 02/22/01
            Closed: 09/13/01
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 02/22/01 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - | 1 | 02/22/01 | [Re: DEF 1] JDR Grand Jury Minutes, Summons, set for ARR & Notify USM, Bail: O/R. |
| NOTE - | 1 | 02/26/01 | Issued: Summons |
| NOTE - | 2 | 02/26/01 | Issued: proposed trial date setting for arr to CMC for USDJ. |
| 3 - | 1 | 02/26/01 | [Re: DEF 1] JDR Minute Order re Arr set for 4/3/01 at 9:30 a.m. cc: USA, USM, USPO, D. Johnson w/USM cy |
| 4 - | 1 | 03/09/01 | Return of sum on D. Johnson, exec 3/7/01. |
| 5 - | 1 | 03/29/01 | DEF 1 Attorney Appearance of M. Power. |
| 6 - | 1 | 03/29/01 | DEF 1 motion for telephonic participation for arr on 4/3/01 at 9:30 a.m. |
| 7 - | 1 | 03/30/01 | [Re: DEF 1] JDR Minute Order denying motion for telephonic participation for arr on 4/3/01 at 9:30 a.m. (6-1). cc: USA, M. Power |
| NOTE - | 3 | 04/03/01 | Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| 8 - | 1 | 04/03/01 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re Arr on Indict (held 4/3/01); Michele Powere retained; def pled not guilty; def released on O/R; PTM's due 4/23/01; cnsl advised of trial date of 6/11/01. cc: USA, M. Power, USM, USPO, Judge Sedwick |
| 9 - | 1 | 04/03/01 | [Re: DEF 1] Order setting conditions of release re Bond set at O/R. cc: USA, M. Power, USM, USPO |
| 10 - | 1 | 04/03/01 | [Re: DEF 1] JDR Order of Personal Recognizance. cc: USA, M. Power, USM, USPO |
| 11 - | 1 | 04/03/01 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 4/23/01; cnsl to meet & confer by 4/6/01. cc: USA, M. Power |
| 12 - | 1 | 04/04/01 | [Re: DEF 1] JWS Minute Order setting TBJ for 6/11/01 at 9:00 a.m. and FPTC at 8:30 a.m.. cc: USA, M. Power, USM, USPO, MJ Roberts, JC |
| 13 - | 1 | 04/05/01 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 14 - | 1 | 05/07/01 | DEF 1 Non-opposed Motion for modification of release conditions w/att aff. |
| 15 - | 1 | 05/18/01 | [Re: DEF 1] JDR Minute Order that de'f non-opposed mot for modification of release conditions (14-1) is denied.  cc: USA, M. Power, USM, PO |
| 16 - | 1 | 05/22/01 | DEF 1 Second unoppo mot for modification of release conditions w/att aff. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A01-0035--CR (JWS)
                              "USA V DAVID JOHNSON"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 17 - | 1 | 05/22/01 | DEF 1 Unopposed Motion for expeditied consideration of mot for modification of release conditions w/att aff. |
| 18 - | 1 | 05/22/01 | DEF 1 Notice of Intent to change plea. |
| 19 - | 1 | 05/22/01 | DEF 1 Unopposed Motion to vacate trial date and set change of plea date w/att aff. |
| 20 - | 1 | 05/23/01 | [Re: DEF 1] JWS Order granting mot for expedited consideration. cc: USA, M. Power |
| 21 - | 1 | 05/23/01 | [Re: DEF 1] JWS Order granting mot to modify conditions of release at dkt 16-1; def may travel to Baker City, OR on 5/27/01; def shall return by 6/12/01. cc: USA, M. Power, USPO, USM |
| 22 - | 1 | 05/23/01 | [Re: DEF 1] JWS Order vacating 6/11/01 FPTC and TBJ; PCOP set 6/13/01 at 8:30 a.m.. cc: USA, M. Power, USM, USPO, JC, MJ Roberts |
| 23 - | 1 | 05/23/01 | [Re: DEF 1] PLF 1 motion to accept facsimile signatures on plea agreement w/att prop plea agreement. |
| 23 - | 2 | 05/25/01 | [Re: DEF 1] JWS Order granting motion to accept facsimile signatures on plea agreement (23-1). cc: USA, M. Power |
| 24 - | 1 | 05/25/01 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 25 - | 1 | 05/25/01 | [Re: DEF 1] PLF 1 Notice of filing original signatures on plea agreement. |
| 26 - | 1 | 05/25/01 | DEF 1 motion for telephonic participation at the 6/13/01 hearing. |
| 27 - | 1 | 05/30/01 | JWS Minute Order granting mot for telephonic participation at 6/13/01 PCOP hrg (26-1); def cnsl to call case manager by 6/12/01 to get crtroom phone number; def to appear in person. cc: USA, M. Power, USM, USPO |
| 28 - | 1 | 06/13/01 | [Re: DEF 1] JWS Minute Order setting IOS for 8/23/01 at 8:00 a.m.. cc: USA, M. Power, USM, USPO, MJ Roberts |
| 29 - | 1 | 06/13/01 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] of PCOP (held 6/13/01); def changed plea to guilty re: Ct. 3 of Indt; IOS to be set by MO; conditions of release to remain as previously set; crt reserved approval of plea agreement. cc: USA, M. Power, USM, PO, MJ Roberts |
| 30 - | 1 | 08/03/01 | DEF 1 Unopposed motion to continue the sentencing w/att aff. |
| 31 - | 1 | 08/06/01 | [Re: DEF 1] JWS Order granting Unopposed motion to continue the sentencing (30-1); 8/23/01 IOS reset to 8/31/01 at 8:00 a.m.. cc: USA, M. Power, USM, USPO |
| 32 - | 1 | 08/13/01 | DEF 1 Second Unopposed motion to continue 8/31/01 IOS w/att aff. |
| 33 - | 1 | 08/14/01 | [Re: DEF 1] JWS Order granting Second Unopposed motion to continue IOS until 9/11/01 at 9:00 a.m. (32-1). cc: USA, M. Power, USM, USPO |
| 34 - | 1 | 09/04/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 35 - | 1 | 09/13/01 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: IOS held 9/11/01; def sentenced to 24 mos in prison; 36 mos SR; $100.00 SA; $5,000.00 fine |

| | | | |
|---|---|---|---|
| | | | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA<br>CRIMINAL DOCKET ENTRIES FOR CASE A01-0035--CR (JWS)<br>"USA V DAVID JOHNSON" |
| | | | For all filing dates |
| Document # | | Filed | Docket text |
| | | | w/interest waived; def to remain on bond and if not designated by 11/15/01 then def to surrender by 11/16/01 to D.Ak USM; cts 1 and 2 dism. |
| 36 - | 1 | 09/13/01 | [Re: DEF 1] JWS Judgment dismissed cts 1,2 of Indt (1-1); pleaded guilty to ct 3 of Indt (1-1); def sentenced to 24 mos in prison; 36 mos SR; $100.00 SA; $5,000.00 fine; def to surrender to D.Ak USM on 11/16/01 if not designated by 11/15/01. cc: USA, M. Power, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU |
| NOTE - | 4 | 09/18/01 | Issued: writ of executed re DEF 1 on PFD. |
| 37 - | 1 | 09/18/01 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 38 - | 1 | 10/10/01 | Return of writ of execution on 9/20/01. |
| 39 - | 1 | 10/22/01 | [Re: DEF 1] Partial Transcript re: IOS held 09/11/01. |
| 40 - | 1 | 01/14/02 | USM Return of judgment executed re: DEF 1 on 1/3/02 to FCI Sheridan, OR. |
| 41 - | 1 | 07/22/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 5 | 07/26/05 | Issued: writ of execution re: DEF 1 on PFD. |