UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE-FEDERAL BLDG
211 EAST SEVENTH AVENUE, SUITE 100
EUGENE, OREGON 97401
(541) 465-6423

RECEIVED
JAN 20 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

DONALD M. CINNAMOND
CLERK OF COURT

CRAIG A. STARR
DIVISION MANAGER

January 17, 2006

Clerk's Office
U.S. District Court
222 W. 7th Avenue, #4
Anchorage, AK 99513

Re: USA v. David Michael Johnson
Our Number 06-2004M
Your Number A01-0035-CR (JWS)

Dear

Pursuant to the Commitment to Another District signed by Magistrate Judge Thomas M. Coffin dated January 13, 2006, please find enclosed certified copies of the entire court file along with a certified copy of the docket sheet.

Please acknowledge receipt of the above-mentioned papers by returning the copy of this letter to our office.

Sincerely,

DONALD M. CINNAMOND, CLERK


By Sheryl Nogelmeier, Deputy


enclosures