District of Oregon - Docket Report
Case 3:01-cr-00035-JWS    Document 43-3    Filed 01/20/2006    Page 1 of 5
Page 1 of 2

RECEIVED
JAN 2 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

TERMINATED

# U.S. District Court
## District of Oregon (Eugene)
### CRIMINAL DOCKET FOR CASE #: 6:06-mj-02004-TC-ALL

| | |
|---|---|
| Case title: USA v. Johnson | Date Filed: 01/12/2006 |

Assigned to: Magistrate Judge Thomas M. Coffin

**Defendant**

**David Michael Johnson (1)**     represented by    **Craig E. Weinerman**
Office of the Federal Public Defender
151 W. 7th
Suite 510
Eugene, OR 97401
(541)465-6937
Fax: (541)465-6975
Email: craig_weinerman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                            **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

18:3583 - Supervised Release Violation

**Plaintiff**

Certified to be a true and correct copy of original filed in my office.
Dated 1-17-06
Donald M. Cinnamond, Clerk
By [signature], Deputy

USA　　　　　　　　　　　　　represented by **William E. Fitzgerald**
United States Attorney's Office
701 High Street
Eugene, OR 97401
(541) 465-6846
Fax: (541) 465-6582
Email: bud.fitzgerald@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2006 | 1 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 32.1 Proceedings before Judge Thomas M. Coffin as to David Michael Johnson. Order Appointing Federal Defender Appearance entered by Craig E. Weinerman for David Michael Johnson. Other Court Information: District of Alaska - A01-0035(JWS). Detention Hearing is set for 1/13/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Counsel Present for Plaintiff: William Fitzgerald. Counsel Present for Defendant: Craig Weinerman. (Court Reporter Kristi Anderson) (cw, ) (Entered: 01/12/2006) |
| 01/13/2006 | 2 | **Minutes of Proceedings:** Detention Hearing before Judge Thomas M. Coffin as to David Michael Johnson: Defendant is ordered detained. Commitment order signed and filed transferring defendant to the District of Alaska for all further proceedings. Counsel Present for Plaintiff: William Fitzgerald. Counsel Present for Defendant: Craig Weinerman. (Court Reporter Deborah Wilhelm) (cw, ) (Entered: 01/13/2006) |
| 01/13/2006 | 3 | Order of Detention as to David Michael Johnson by Judge Thomas M. Coffin signed on 1/13/06. (sln, ) (Entered: 01/13/2006) |
| 01/13/2006 | 4 | Commitment to Another District as to David Michael Johnson. Defendant committed to District of Alaska. (sln, ) (Entered: 01/17/2006) |
| 01/17/2006 |  | Record Transmittal Letter by Clerk Record sent to District of Alaska as to David Michael Johnson (sln, ) (Entered: 01/17/2006) |

FILED'06 JAN 13 13:42USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )     CR 06-2004m
                                         )
     v.                                  )     DETENTION ORDER
                                         )     (Violation of Pretrial Release, Probation or
David Michael Johnson                    )     Supervised Release)
_____          )
                                         )
_____          )
            Defendant(s)                 )

Violation of Pretrial Release

☐ After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:
  1. ☐ there is probable cause to believe the defendant has committed a federal, state or local crime while on release, *or*
     ☐ there is clear and convincing evidence that defendant has violated another condition of release, *or,*
     ☐ the defendant stipulates he/she violated a condition of release, *and*
  2. ☐ based on the factors set forth in 28 USC § 3142(g), there is no condition or combination of conditions of release that will assure that defendant will not flee or pose a danger to the safety of another person or the community *or*
     ☐ defendant is unlikely to abide by any condition or combination of conditions of release.

Violation of Probation or Supervised Release

☐ After a preliminary hearing (or waiver thereof) pursuant to FRCrP 32.1(a)(1) and/or FRCrP 46(c) and 18 USC § 3143 (violation of probation or supervised release), the court finds that there is probable cause to hold defendant for a revocation hearing and that defendant has not met his/her burden of establishing by clear and convincing evidence that he/she will not flee nor pose a danger to another person or to the community.

THEREFORE, IT IS ORDERED pursuant to 18 USC § 3142(i)(2)-(4) that:
  1. ☐ Defendant's pretrial release is revoked and defendant is detained pending trial.
     ☒ Defendant is detained pending a probation/supervised release revocation hearing.
  2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separated, as far as practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
  2. Defendant shall be afforded a reasonable opportunity for private consultation with his counsel;
  3. The superintendent of the corrections facility in which defendant is confined shall make the defendant available to the United States Marshal for the purpose of appearance in connection with any court proceeding.

DATED: January 13th, 2006.

_____
United States Magistrate Judge

Certified to be a true and correct copy of original filed in my office.
Dated 1-17-06
Donald M. Cinnamond, Clerk
By _____ Deputy

3

1 - DETENTION ORDER

## Minutes of Proceedings
6:06-mj-02004-TC USA v. Johnson

### U.S. District Court

### District of Oregon

Notice of Electronic Filing

The following transaction was received from cw, entered on 1/13/2006 at 1:52 PM PST and filed on 1/13/2006
**Case Name:**     USA v. Johnson
**Case Number:**   6:06-mj-2004
**Filer:**
**Document Number:** 2

**Docket Text:**
**Minutes of Proceedings:** Detention Hearing before Judge Thomas M. Coffin as to David Michael Johnson: Defendant is ordered detained. Commitment order signed and filed transferring defendant to the District of Alaska for all further proceedings. Counsel Present for Plaintiff: William Fitzgerald. Counsel Present for Defendant: Craig Weinerman. (Court Reporter Deborah Wilhelm) (cw, )

The following document(s) are associated with this transaction:

**6:06-mj-2004-1 Notice will be electronically mailed to:**

William E. Fitzgerald    bud.fitzgerald@usdoj.gov, vicki.briggs@usdoj.gov

Craig E. Weinerman    craig_weinerman@fd.org, lori_errecart@fd.org

**6:06-mj-2004-1 Notice will be delivered by other means to:**

Certified to be a true and correct copy of original filed in my office.
Dated 1-17-06
Donald M. Cinnamond, Clerk
By _____ Deputy

# Minutes of Proceedings

6:06-mj-02004-TC USA v. Johnson

## U.S. District Court

## District of Oregon

Notice of Electronic Filing

The following transaction was received from cw, entered on 1/12/2006 at 4:21 PM PST and filed on 1/12/2006
**Case Name:**        USA v. Johnson
**Case Number:**      6:06-mj-2004
**Filer:**
**Document Number:** 1

**Docket Text:**
**Minutes of Proceedings:** Initial Appearance pursuant to Rule 32.1 Proceedings before Judge Thomas M. Coffin as to David Michael Johnson. Order Appointing Federal Defender Appearance entered by Craig E. Weinerman for David Michael Johnson. Other Court Information: District of Alaska - A01-0035 (JWS). Detention Hearing is set for 1/13/2006 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Counsel Present for Plaintiff: William Fitzgerald. Counsel Present for Defendant: Craig Weinerman. (Court Reporter Kristi Anderson) (cw, )

The following document(s) are associated with this transaction:

**6:06-mj-2004-1 Notice will be electronically mailed to:**

Craig E. Weinerman    craig_weinerman@fd.org, lori_errecart@fd.org

**6:06-mj-2004-1 Notice will be delivered by other means to:**

C- Jeff Kent

Certified to be a true and correct copy of original filed in my office.
Dated 1-17-06
Donald M. Cinnamond, Clerk
By _____ Deputy