MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>DAVID JOHNSON</u>           CASE NO. <u> 3:01-cr-00035-JWS </u>
Defendant: <u> X </u>Present <u> X </u>In Custody

BEFORE THE HONORABLE: <u>          JOHN ROBERTS                   </u>

DEPUTY CLERK/RECORDER: <u>         APRIL KARPER                   </u>

UNITED STATES ATTORNEY: <u>        CRANDON RANDELL                </u>

DEFENDANT'S ATTORNEY: <u>          F. RICHARD CURTNER - APPOINTED </u>

U.S.P.O.: <u>                      ERIC ODEGARD                   </u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD FEBRUARY 16, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:04 p.m. court convened.

<u> X </u>Defendant advised of general rights.

<u> X </u>Defendant advised of charges and penalties.

<u> X </u>Defendant sworn.

<u> X </u>Defendant stated true name:<u> Same as above.                  </u>

<u> X </u>Financial Affidavit filed.
  <u> X </u>Federal Public Defender accepted appointment; FPD notified.

<u> X </u>Defendant **DENIED** allegations <u>1 thru 3 of the petition to</u>
   <u>revoke supervised release.</u>

<u> X </u>Consent to be filed by the close of business on <u>**February 17,**</u>
   <u>**2006**</u> or case shall be transferred to a U.S. District Judge.

<u> X </u>Evidentiary Hearing set for <u>**February 24, 2006 at 3:00 p.m.**</u>
   <u>If Consent is not filed then Evidentiary Hearing will be</u>
   **VACATED.**

<u> X </u>Detention not contested. Defendant detained.

<u> X </u>Order of Detention Pending Trial **FILED.**

At 1:15 p.m. court adjourned.

DATE: <u>     February 16, 2006    </u> DEPUTY CLERK'S INITIALS: <u>   ak  </u>