Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DAVID MICHAEL JOHNSON,<br><br>                    Defendant. | Case No. 3:01-cr-0035-JWS<br><br>**ENTRY OF APPEARANCE** |

Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant DAVID MICHAEL JOHNSON in the above-captioned action.

DATED at Anchorage, Alaska this 21st day of February, 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Phone:        907-646-3400
Fax:           907-646-3480
E-Mail:       rich_curtner@fd.org

<u>Certification:</u>

I certify that on February 21, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Karen Loeffler, Esq.

s/Rich Curtner

*United States v. David Michael Johnson*
Case No. A01-0035 CR (JWS)                                                                                    Page 2