(Rev 10/05)

# LIST OF EXHIBITS

Case No. 3:01-CR-00035-JWS   Magistrate Judge/Judge: John D. Roberts

Title U.S.A.
vs. David Johnson

Dates of Hearing/Trial: March 2, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Crandon Randell | Rich Curtner |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 3/2/06 | Payment instruction Agreement | | | | |
| 2 | X | 3/2/06 | Payment History Report | | | | |
| 3 | X | 3/2/06 | Judgment from Oregon - Felony | | | | |
| 4 | X | 3/2/06 | Police Report Redmond, Oregon | | | | |
| 5 | X | 3/2/06 | Statute of Conviction - Oregon | | | | |