## The Oregon Sentencing Guidelines Grid

| Crime Seriousness | A | B | C | D | E | F | G | H | I | Prob Term | Max Depart | PPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 225-269 | 196-224 | 178-194 | 164-177 | 149-163 | 135-148 | 129-134 | 122-128 | 120-121 | 5 Years | | 3 Years |
| 10 | 121-130 | 116-120 | 111-115 | 91-110 | 81-90 | 71-80 | 66-70 | 61-65 | 58-60 | | | |
| 9 | 66-72 | 61-65 | 56-60 | 51-55 | 46-50 | 41-45 | 39-40 | 37-38 | 34-36 | | | |
| 8 | 41-45 | 35-40 | 29-34 | 27-28 | 25-26 | 23-24 | 21-22 | 19-20 | 16-18 | 3 Years | | 2 Years |
| 7 | 31-36 | 25-30 | 21-24 | 19-20 | 16-18 | 180 90 | 180 90 | 180 90 | 180 90 | | 18 Mos. | |
| 6 | 25-30 | 19-24 | 15-18 | 13-14 | 10-12 | 180 90 | 180 90 | 180 90 | 180 90 | | | |
| 5 | 15-16 | 13-14 | 11-12 | 9-10 | 6-8 | 180 90 | 120 60 | 120 60 | 120 60 | 2 Years | 12 Mos. | |
| 4 | 10-11 | 8-9 | 120 60 | 120 60 | 120 60 | 120 60 | 120 60 | 120 60 | 120 60 | | | |
| 3 | 120 60 | 120 60 | 120 60 | 120 60 | 120 60 | 120 60 | 90 30 | 90 30 | 90 30 | 1½ Years | 6 Mos. | 1 Year |
| 2 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | | | |
| 1 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | 90 30 | | | |

The presumptive grid block for any felony conviction is the intersection where the crime seriousness ranking and the criminal history classification meet. Grid blocks in the shaded area represent the range of presumptive imprisonment and post-prison supervision (PPS). Non-shaded grid blocks are presumptive sentences of probation (Prob. Term) with local custodial sanctions in days (upper number) and maximum jail days without a departure (lower number).

The probation term of 5 years applies to levels 9-11, the term of 3 years applies to levels 6-8, 2 years applies to levels 3-5, and 1 ½ years applies to levels 1-2.

The upward dispositional departure maximum sentence (Max Dispositional Depart) for a presumptive probation sentence shall be:
(a) Up to six months for offenses classified in Crime Categories 1 and 2, or grid blocks 3-G, 3-H and 3-I;
(b) Up to twelve months for offenses classified in grid blocks 3-A through 3-F, 4-C through 4-I and 5-G through 5-I; and
(c) Up to eighteen months for offenses classified in grid blocks 5F, 6F through 6-I, and 7-F through 7-I.

Under certain conditions a probation sentence may be imposed in grid blocks 8-G, 8-H and 8-I without a departure.

## Criminal History Categories

Oregon Administrative Rule 213-04-007 defines criminal history categories.

| | |
|---|---|
| A | The criminal history includes three or more person felonies in any combination of adult convictions or juvenile adjudications. |
| B | The criminal history includes two person felonies in any combination of adult convictions or juvenile adjudications. |
| C | The criminal history includes one adult conviction or juvenile adjudication for a person felony; and one or more adult conviction or juvenile adjudication for a non-person felony. |
| D | The criminal history includes one adult conviction or juvenile adjudication for a person felony but no adult conviction or juvenile adjudications for a non-person felony. |
| E | The criminal history includes four or more adult convictions for non-person felonies but no adult conviction or juvenile adjudication for a person felony. |
| F | The criminal history includes two or three adult convictions for non-person felonies but no adult conviction or juvenile adjudication for a person felony. |
| G | The criminal history includes four or more adult convictions for Class A misdemeanors; one adult conviction for a non-person felony; or three or more juvenile adjudications for non-person felonies, but no adult conviction or juvenile adjudication for a person felony. |
| H | The criminal history includes no adult felony conviction or juvenile adjudication for a person felony; no more than two juvenile adjudications for non-person felonies; and no more than three adult convictions for Class A misdemeanors. |
| I | The criminal history does not include any juvenile adjudication for a felony or any adult conviction for a felony or Class A misdemeanor. |