Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:01-cr-0035-JWS-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME TO ADMIT AUDIO RECORDING IN SUPPORT OF MR. JOHNSON'S OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATION REGARDING PETITION TO REVOKE SUPERVISED RELEASE** |
| DAVID MICHAEL JOHNSON, | |
| Defendant. | |

Defendant, David Johnson, by and through his counsel, Rich Curtner, Federal Defender, moves this court to admit an audio recording of the sentencing in his Oregon court case, which indicates that the offense level is 6 and the criminal history category is F, as Exhibit A to Mr. Johnson's Objections to Magistrate Judge's Recommendation Regarding Petition to Revoke Supervised Release.

///

///

///

DATED at Anchorage, Alaska, this 10th day of April, 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:

I certify that on April 10, 2006,
a copy of this document was
served electronically on:

Crandon Randell, Esq.
Assistant United States Attorney

s/Rich Curtner