UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID MICHAEL JOHNSON,<br><br>　　　　　Defendant. | Case No. 3:01-cr-0035-JWS-JDR<br><br>**PROPOSED ORDER ADMITTING<br>AUDIO RECORDING** |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's Motion to Admit Audio Recording in Support of Mr. Johnson's Objections to Magistrate Judge's Recommendation Regarding Petition to Revoke Supervised Release, the motion is GRANTED. The audio recording shall be filed traditionally, in a non-electronic form, immediately upon receipt of this order.

DATED this _____ day of _____ 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE