Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

RECEIVED
APR 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID MICHAEL JOHNSON,<br><br>　　　　　Defendant. | Case No. A01-0035 CR (JWS)<br><br>**NOTICE OF FILING AUDIO RECORDING PURSUANT TO ORDER AT DOCKET NO. 60** |

Defendant, David Michael Johnson, by and through his counsel, Rich Curtner, Federal Public Defender, pursuant to the court's Order Admitting Audio Recording, filed April 17, 2006, at Docket No. 60, hereby files the audio recording in Wave format on the attached CD.

DATED at Anchorage, Alaska, this 17th day of April, 2006.

　　　　　Respectfully submitted,

　　　　　s/Rich Curtner
　　　　　Federal Defender
　　　　　Alaska Bar No. 8706013
　　　　　601 West 5th Avenue, Suite 800
　　　　　Anchorage, AK 99501
　　　　　Phone:　　907-646-3400
　　　　　Fax:　　　907-646-3480
　　　　　E-Mail:　　rich_curtner@fd.org

Certification:

I certify that on April 17, 2006,
a copy of the foregoing document,
with attachment, was served
by hand delivery on:

Karen Loeffler, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Rich Curtner