# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. DAVID JOHNSON

Case No.  **3-01-cr-00035-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE: Petition to Revoke Supervised Release

Docket Nos. 42, 49

An Amended[1] Report and Recommendation was filed at Docket No. 62 recommending that the violation of supervised release be treated as a Class A violation. No objections to the Amended Recommendation having been filed, this matter will now be forwarded to the assigned district judge for his determination.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 24, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-01-cr-00035-JWS-JDR JOHNSON @42&49 FINAL RR.wpd

---

[1] An initial Report and Recommendation was issued at Docket No. 55. Objections were filed by defendant and the government, Docket Nos. 56 and 59. Pursuant to these objections the magistrate judge issued an Amended Report and Recommendation at Docket No. 62, supplementing the initial Report and Recommendation and allowing for additional time for parties to filed objections.