Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MICHAEL JOHNSON,<br><br>Defendant. | NO. 3:01-cr-0035-JWS<br><br>**DISPOSITION REPORT**<br><br>**(Filed on Shortened Time)** |

COMES NOW THE DEFENDANT, DAVID MICHAEL JOHNSON, by and through counsel Rich Curtner, Federal Defender, and presents the following report for disposition on June 15, 2006.

David Johnson is 51 years old. He has been on supervised release since August of 2003. Mr. Johnson's three years of supervision would have expired in two months, but for the current violation.

David Johnson has been married to Roianne Johnson for approximately six years. During the first two years of supervision, while Mr. Johnson was living with his wife in Dillingham, there were no violations of his supervision. David Johnson was steadily employed. His wife has been employed by the Transportation Security Agency for the past

three years. Mr. Johnson's problems began when he became involved with another woman and moved with her to Oregon.

Mr. Johnson has been in contact with his wife and wishes to return to Dillingham, reconcile with his wife, and get his life back on track. Roianne Johnson is willing to give her husband a second chance. But she has made it very clear that for David Johnson to have a relationship with her again, alcohol cannot be part of his life.

Mr. Johnson's violation is technically a Grade A violation under the advisory sentencing guidelines. Grade A violations are defined as felony level crimes of violence. Mr. Johnson's offense would be considered a misdemeanor offense, except that under Oregon law the fact that there was a child witness elevates the offense to a felony level.

Mr. Johnson received a sentence of three years probation, with 58 days of jail time already completed, in the Oregon Court. Under the Oregon sentencing guidelines, three years of probation was the presumptive sentence, with a maximum of 180 days in jail.

Mr. Johnson has now been in federal custody on this violation for over five months, and in jail on the combination of state and federal custody for over seven months. The probation office is recommending a sentence in the range of 12 to 18 months. But that advisory range of imprisonment, typically reserved for violations for violent crimes such as robbery or serious assaults with weapons, does not fit the current offense.

Mr. Johnson is requesting a sentence of six months. That sentence would be in the middle of the range for Grade C violations. By the time he would be released, the three years of federal supervision would almost be complete. He will have served a total of eight months for his crime. And he still has three years of probation supervision with

conditions of alcohol treatment and anger management to complete. (See, David Johnson's letter to Judge Sedwick, attached as Exhibit A.)

All parties agree that continued federal supervision would be of little value. A sentence of six months would allow Mr. Johnson the opportunity to return to Oregon to address his probation, and to eventually move back to Dillingham to attempt to save his marriage.

DATED at Anchorage, Alaska this 12th day of June 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on June 12, 2006,
a copy of the *Disposition Report*
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand-delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner