Your Honor

I am sorry for what I had done sir. For what I have done I spent 58 days in jail. When I went in for sentencing in Bend ORE. The Judge gave me 58 days good time serve and class Anger management classes to do also a fine of 500.00 dollars 3 years probation. I need to go home and start doing these programs sir. And also getting my life on track. I know I can sir. I have done it before. I have a wife in Dillingham AK. Her name is Roianne Johnson and we are both willing to make a commitinte to one other again, And stay together we both want each other back in our lives. I know I can be a good out standing citizen in the community again. I am very sorry for what I have done sir.

THANK YOU
Dave Johnson